UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS A. GIBBS, | ) | 1:07-cv-01563-AWI-TAG HC |
| | ) | |
|     Petitioner, | ) | ORDER WITHDRAWING FINDINGS AND RECOMMENDATION TO DISMISS |
| v. | ) | PETITION FOR WRIT OF HABEAS CORPUS FOR LACK OF PERSONAL JURISDICTION |
| | ) | (Doc. 13) |
| D. SMITH, | ) | |
| | ) | |
|     Respondent. | ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On October 1, 2007, Petitioner filed the instant petition in this Court. (Doc. 1). On December 3, 2007, the Court ordered Respondent to file a responsive pleading. (Doc. 6). On January 30, 2008, Respondent filed a motion to dismiss the petition because the Court lacked subject matter jurisdiction over a federal prisoner convicted by a United States court martial. (Doc. 9).

    On February 7, 2008, Petitioner notified the Court that he had been transferred from the United States Penitentiary, Atwater, California, which is within the jurisdiction of this Court to the Federal Correctional Institution located in Sheridan, Oregon, which is not within the jurisdiction of this Court. (Doc. 10). On May 23, 2008, the Court issued Findings and Recommendations to dismiss the petition for lack of personal jurisdiction over Respondent, who is within the jurisdiction of the United States District Court for the District of Oregon. (Doc. 13).

1  On June 6, 2008, Petitioner filed his objections.  (Doc. 14).

2  After further consideration of this issue, the Court will withdraw the Findings and
3  Recommendations issued on May 23, 2008.  The Court will address Respondent's pending
4  motion to dismiss for lack of subject matter jurisdiction in due course.

**ORDER**

6  Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations issued
7  on May 23, 2008 (Doc. 13), are WITHDRAWN.

IT IS SO ORDERED.

Dated:  **July 10, 2008**                                          /s/ **Theresa A. Goldner**
                                                                             UNITED STATES MAGISTRATE JUDGE