UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS A. GIBBS, | ) | 1:07-CV-01563 AWI TAG HC |
|         Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ) | |
| | ) | ORDER DENYING RESPONDENT'S MOTION TO DISMISS (Document #9) |
| J.E. THOMAS, | ) | |
| | ) | ORDER REFERRING ACTION BACK TO MAGISTRATE JUDGE |
|         Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 30, 2008, Respondent filed a motion to dismiss the petition for lack of jurisdiction, contending that, because Petitioner was convicted by a court-martial, the court's jurisdiction is limited to determining whether Petitioner received a "full and fair" consideration of his claims in the military courts. Respondent contends evidence of this full and fair consideration is evident from the present record.

On August 8, 2008, the Magistrate Judge issued Findings and Recommendations that recommended the court deny Respondent's motion to dismiss because the records are incomplete and the court is not presently in a position to determine whether the military appellate courts fully and fairly considered Petitioner's claims. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order.

1   On August 18, 2008, Petitioner filed objections.

2   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. As the Findings and Recommendations recommend ***denial*** of the pending motion to dismiss, it is unclear what Petitioner seeks in his objections. It is possible that Petitioner is attempting to obtain information to assist in proving his case. If Petitioner desires the court consider further documents or records, Petitioner must either provide them or request permission from the Magistrate Judge to conduct discovery. Petitioner's objections present no basis to not adopt the Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on August 8, 2008 are ADOPTED IN FULL;
2. Respondent's motion to dismiss is DENIED (Document #9);
3. This action is REFERRED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:    September 9, 2008**           **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE