1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   CURTIS A. GIBBS,                        1:07-cv-01563-AWI-JLT  (HC)

11                  Petitioner,             ORDER GRANTING RESPONDENT'S SECOND
                                            MOTION FOR EXTENSION OF TIME TO FILE
12            v.                            RESPONSE  (Doc. 29)
     J.E. THOMAS,
13                                          60-DAY DEADLINE
                  Respondent.
14   _____/     ORDER DENYING PETITIONER'S MOTION
                                            TO GRANT PETITION (Doc. 27)
15

16          Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28

17   U.S.C. § 2241.  On March 8, 2010, respondent filed a motion to extend time to file his response to the

18   petition for writ of habeas corpus, citing the difficulties in obtaining trial records of Petitioner's court

19   martial in 1990.  (Doc. 29).  Respondent had previously requested, and been granted, an initial extension

20   of time on January 8, 2010, for similar reasons.  (Doc. 26).  On January 15, 2010, Petitioner filed a

21   motion to grant the petition based on Petitioner's belief that Respondent had not requested an initial

22   extension of time and had not filed an Answer.  (Doc. 27).

23          Petitioner's motion is without merit.  Respondent timely requested an initial extension of

24   time, which was granted by the Court.  Petitioner's baseless assumption that Respondent did not comply

25   with the Court's scheduling order cannot justify any grant of relief.  In any event, the Court is unaware of

26   any case authority for granting a habeas corpus petition as a sanction against a non-complying

respondent. The only basis for granting a habeas corpus petition is on the merits.

Respondent has already requested and received one sixty-day extension of time to obtain records. The Court assumes that a second sixty-day extension will afford Respondent sufficient time to obtain the necessary documents and file a response to the petition and that no further extensions of time will be required.

ORDER

Accordingly, it is HEREBY ORDERED that:

1. Respondent's motion for a second extension of time (Doc. 29), is GRANTED. Respondent is granted sixty days from the date of service of this order in which to file his response.

2. Petitioner's motion to grant petition (Doc. 27), is DENIED.

IT IS SO ORDERED.

Dated: __March 10, 2010__                           ___/s/ Jennifer L. Thurston___
                                                      UNITED STATES MAGISTRATE JUDGE