UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS A. GIBBS,<br><br>        Petitioner,<br><br>  v.<br><br>J. E. THOMAS,<br><br>        Respondent. | 1:07-cv—01563-SKO-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS (DOC. 51)<br><br>ORDER CONSTRUING PETITIONER'S OBJECTION TO BE A PARTIAL OPPOSITION TO RESPONDENT'S MOTION TO DISMISS (DOCS. 51, 49) |

    Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on November 7, 2007, and on behalf of Respondent on June 9, 2010. Pending before the Court is Petitioner's motion for an extension of thirty (30) days (Doc. 51), filed on September 27, 2010,

1

within which to respond to Respondent's motion to dismiss, which was filed on September 8, 2010.[1]

Because Petitioner states that he has not received any motion to dismiss, good cause has been shown for the granting of a thirty-day extension of time for Petitioner to file an opposition to the motion to dismiss.[2]

Accordingly, Petitioner's request for an extension of time is granted, and Petitioner may file his opposition to the motion to dismiss no later than thirty (30) days after the date of service of this order.

Further, to the extent that Petitioner's request includes an objection (Doc. 51, 4-6), Petitioner's objection is CONSTRUED as partial opposition to the motion to dismiss.  Therefore, pursuant to Local Rule 230(l), Respondent may reply to the opposition, including Petitioner's objection, when Petitioner's opposition to the motion to dismiss is filed.[3]

IT IS SO ORDERED.

**Dated:** __September 30, 2010__         __/s/ Sheila K. Oberto__
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Although Petitioner appears to object to Respondent's having filed a motion to dismiss instead of an answer, the Court's order of November 5, 2009, which directed the filing of an answer, expressly authorized Respondent to file a motion to dismiss. (Doc. 23, 3 n. 2.)

[2] A proof of service indicates that the motion was served on September 8, 2010, by mail on Petitioner at the United States Penitentiary at Atwater. (Doc. 49, 11.)

[3] Further piecemeal opposition to the motion to dismiss is not appropriate; pursuant to Local Rule 230(l), all Petitioner's opposition to the motion to dismiss should be set forth in a single opposition.